# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

Filed

Clerk, U. S. District Court
Western District of Texas

By _____

Deputy

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:11-CR-00168(1)-SS |
| | § | |
| (1) Donald Dunn | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty.  The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a Unted States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X _____
Defendant's signature

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X _____
Defendant's signature

The United States consents to the jury trial waiver: _____
Government's representative's signature

Anthony Wayne Brown
Government's representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

X _____
Defendant's signature

_____
Jose I. Gonzalez-Falla
Printed name of defendant's attorney (if any)

_____
Signature of defendant's attorney (if any)

Date: 9/7/2011

Approved by: _____
ANDREW W AUSTIN U.S. MAGISTRATE JUDGE